1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2793

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   No. 3:10-mj-00023-CMK
                                )
12              Plaintiff,      )   STIPULATION AND PROPOSED ORDER
                                )   CONTINUING INITIAL APPEARANCE
13      v.                      )
                                )
14 DONALD P. BARTLETTI,         )
                                )
15              Defendant.      )
   _____)
16

17      It is hereby stipulated and agreed to between the United
18 States of America by and through Matthew C. Stegman, Assistant
19 United States Attorney; defendant DONALD P. BARTLETTI, by and
20 through his counsel, Janet Levine, that the status conference
21 presently set
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

for September 7, 2010, be continued to October 26, 2010, at 11:00 a.m.  All counsel request additional time for further investigation.

DATED: August 31, 2010         /s/ Janet I. Levine
                               Attorney for Defendant
                               DONALD P. BARTLETTI


                               BENJAMIN B. WAGNER
                               United States Attorney

DATED: August 31, 2010    By:  /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: September 8, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2