```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
ROBERT D. SWEETIN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 3:10-0023 CMK |
| Plaintiff, ) | Order |
| v. ) | |
| DONALD P. BARTLETTI, ) | DATE: October 26, 2010 |
| ) | TIME: 11:00 a.m. |
| Defendant. ) | JUDGE: Hon. Craig M. Kellison |

It is Hereby Ordered that the United States of America's motion to dismiss Cr. No. 3:10-0023 is GRANTED.

IT IS SO ORDERED.

DATED: October 27, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE